## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:19-cr-00233-ALB-SMD |
| | ) | |
| CEDRIC LATRELL COBB | ) | |

## ORDER

This matter comes before the Court on a Report and Recommendation by the Magistrate Judge entered on August 19, 2019. (Doc. 31). There being no timely objection filed to the Report and Recommendation, and upon independent review of the file, the Report and Recommendation is **ADOPTED** and it is hereby ORDERED that Defendant's Motion to Suppress as amended (Docs. 14 & 19) is **DENIED**.

**DONE** and **ORDERED** this 5th day of September 2019.

       /s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE